UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| KEVIN RUTTLE,<br>Plaintiff,<br>Vs.<br><br>ADAM J KATZ, PA,<br>Defendant,<br>_____/ | CASE NUMBER: 3:09-CV-960-J-34JRK<br> |

## MOTION TO DISMISS COMPLAINT

The undersigned, on behalf of the Defendant, Adam Jeffrey Katz, PA respectfully moves this Court to enter an Order Dismissing the Plaintiff's Complaint based on the following grounds:

1. The undersigned has obtained a Final Judgment against the Plaintiff on Case No.: 16-2009-SC-6886. This case represents the underlying debt which is the subject matter of this litigation.(A copy of said Judgment is attached hereto as Exhibit A).
2. The Plaintiff alleges that prior to initiating litigation in the course of attempting to collect this valid debt, this firm indicated that a law suit will be filed against him if he refuses to settle same.
3. Upon this firm obtaining all appropriate documentation for attachment to the Complaint, a lawsuit was timely filed.
4. Furthermore, this firm contacted the Plaintiff's place of employment for the **specific purpose** of verifying employment to perfect service.
5. The Plaintiff was served with the Complaint at his place of employment via process server.
6. The Plaintiff has been scheduled for Deposition in Aid of Execution for Friday, November 27, 2009 at the undersigned's office. As of the filing of this Motion the Plaintiff has failed to appear for said oral examination. (A copy of which is attached hereto as Exhibit B).
7. In addition, the undersigned has requested Production and Admissions of specific documents and items. As of the filing of this Motion, the Plaintiff has failed to produce or respond to same. (A copy of which is attached hereto as Exhibit C).

8. Based upon the foregoing, the undersigned has clearly not violated the FDCPA and applicable State Statute in any capacity. The spirit and intent of the FDCPA is to protect consumers from willful and/or negligent conduct in the collection of debt.

9. The Plaintiff in this matter is utilizing both State and Federal Law as a means to avoid payment of a valid debt which has been both properly collected and litigated to Final Judgment.

10. The Plaintiff has failed to state a cause of action upon which relief can be granted.

WHEREFORE, the undersigned attorney respectfully requests this Honorable Court enter an Order granting the Defendant's Motion to Dismiss Plaintiff's Complaint With Prejudice based upon the foregoing grounds

I HEREBY CERTIFY that the original of this Motion has been filed with the Clerk of the Court, United States District Court, Middle District of Florida, Jacksonville Division, 300 North Hogan Street, Suite 9-150, PO Box 53558 (32201), Jacksonville, FL 32202 and that a true and correct copy has been sent via facsimile and regular U.S. Mail to Helene Karen Gatto, Esquire, Attorney for Plaintiff, Legal Helpers, LLP, 2901 West Busch Blvd., Suite 201, Tampa, FL 33618 on this 27th day of November, 2009.

_____
Adam J. Katz, Esquire
For the Defendant
5571 University Dr. Suite 204
Coral Springs, Florida 33067
Ph: (954) 761-8080
FBN: 983217

IN THE COUNTY COURT OF THE 4TH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NUMBER: 16-2009-SC-6886
JUDGE:

NATIONAL MANAGEMENT RECOVERY CORP.,
As successor in interest to COMPASS BANK,
    Plaintiff
vs.

KEVIN G. RUTTLE,
    Defendant
_____/

## FINAL JUDGMENT

IT APPEARING that the Defendant, KEVIN G. RUTTLE having admitted to the debt at the Pre-Trial Conference with this court on October 15th 2009, not denying any of the allegations contained in the complaint, and having been properly served on September 24th 2009, , as required by law and the review of the file and supporting affidavits presented to the Court, it is hereby:

**ORDERED AND ADJUDGED**

1. That the Plaintiff, NATIONAL MANAGEMENT RECOVERY CORP.," does have, receive and recover from the Defendant, KEVIN G. RUTTLE whose last known address is The Reserve at James Island, 10961 Burnt Mill Rd., Jacksonville, FL 32256, the principal of $$3,292.33 plus pre-judgment interest in the amount of $114.01 plus court costs in the amount of $390.00 plus Attorney fees of $2,450, for a total amount of $6,246.34 for which sum let execution issue.

2. This judgment shall bear interest at the rate of 8% per annum until satisfied.

DONE AND ORDERED in chambers at DUVAL COUNTY, FLORIDA on this ___4th___ day of ___Nov.___ 2009.

/s/ ANGELA M. COX
COUNTY COURT JUDGE

Copies to:    Adam J. Katz, Attorney for the Plaintiff
              KEVIN G. RUTTLE, Defendant

EXHIBIT A

EXHIBIT A

IN THE COUNTY COURT OF THE 4TH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

| | |
|---|---|
| **NATIONAL MANAGEMENT RECOVERY CORP**<br>As successor in interest to COMPASS BANK,<br>Plaintiff<br>vs.<br><br>**KEVIN G RUTTLE**<br>Defendant<br>_____/ | CASE NO.   16-2009-SC-6886<br><br>JUDGE: |



### NOTICE OF TAKING DEPOSITION DUCES TECUM OF DEFENDANT, KEVIN G RUTTLE

**PLEASE TAKE NOTICE** that, pursuant to the Florida Rules of Civil Procedure, the Plaintiff will take the deposition of:

Kevin G Ruttle
8302 Derbyshire
Jacksonville, FL 32244

**EXHIBIT B**

By oral examination for purposes of production in aid of execution of judgment.

[PLACE]:   Adam J. Katz, P.A.
5571 N. University Dr., Suite 204
Coral Springs, FL 33067

| [DEPONENT]: | [DATE]: | [TIME]: |
|---|---|---|
| Kevin G Ruttle | November 27, 2009 | 1:00 p.m. |

For the taking of its deposition in the above styled cause before a Notary Public, who is not of counsel to either of the parties or have interest in the event of the cause, in accordance with Florida Tule of Civil Procedure 1.310(b)(6), Florida Rules of Civil Procedure. As directed by Florida Rule of Civil Procedure 1.310(b)((6),KEVIN G RUTTLE is to bring with her the tangible items set forth in the production request below. The deposition is to continue from day to day until such time as it is completed and is intended for use in aid of execution of judgment.

<u>Definitions & Instructions</u>

1. **YOU** or **YOUR** as used in these deposition means KEVIN G RUTTLE
2. **THE PLAINTIFF**, refers to NATIONAL MANAGEMENT RECOVERY CORP, as referenced in the Compliant that was filed in the in the above styled matter.
3. **THE COMPLAINT**, refers to the most recent Complaint filed in the above styled action
4. **DEFENDANT**, refers to KEVIN G RUTTLE
5. **THE ACCOUNT**, refers to NATIONAL MANAGEMENT RECOVERY CORP
6. **THE CREDITOR**, refers to NATIONAL MANAGEMENT RECOVERY CORP
7. **THE DEBT**, refers to the amount allegedly owed by the DEFENDANT to the CREDITOR on THE ACCOUNT
8. If no date or time is specified, assume it to be a period beginning with the date and time alleged in the Complaint extending through the period for five (5) years prior to that date

**This deposition is being taken for the purpose of discovery, for use in aid of execution of judgment, or for such other purposes as are permitted under the applicable Statute or Rules of Court**

In compliance with Federal Law you are advised this is an attempt to collect a debt and any information obtained will be used for that purpose.

If you fail to appear, you may be in contempt of Court.

You are noticed to appear by the following attorney, and unless excused from this notice by this attorney or the court, you shall respond to this notice as directed.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of this motion has been filed with the Clerk of the DUVAL County Court, County Civil Division, Jacksonville, Florida and a true copy of the foregoing has been furnished by U.S. mail to KEVIN G RUTTLE, 8302 Derbyshire, Jacksonville, FL 32244 on November 12, 2009

_____
ADAM J. KATZ, ESQUIRE
Attorney for Plaintiff
5571 N. University Dr., Suite 204
Coral Springs, FL 33067
Telephone: (954) 761-8080
Fla. Bar No. 0983217

**EXHIBIT B**

IN THE COUNTY COURT OF THE 4TH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

| | |
|---|---|
| NATIONAL MANAGEMENT RECOVERY CORP<br>As successor in interest to COMPASS BANK,<br>    Plaintiff<br>vs.<br><br>KEVIN G RUTTLE<br>    Defendant<br>_____/ | CASE NO.    16-2009-SC-6886<br><br>JUDGE: |

## NOTICE OF FILING PLAINTIFFS REQUEST FOR ADMISSIONS IN AID OF EXECUTION OF JUDGMENT

Plaintiff, NATIONAL MANAGEMENT RECOVERY CORP, by and through its undersigned attorney, files this Notice of Filing Plaintiffs Request for Admissions in Aid of Execution of Judgment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of this motion has been filed with the Clerk of the DUVAL County Court, County Civil Division, Jacksonville, Florida and a true copy of the foregoing has been furnished by U.S. mail to KEVIN G RUTTLE, 8302 Derbyshire, Jacksonville, FL 32244 on November 12, 2009

Adam Jeffrey Katz, P.A.
Attorney for Plaintiff
5571 University Dr., Ste 204
Coral Springs, Florida 33067

By: _____
Adam J. Katz, Esquire
Florida Bar 98321

# EXHIBIT C

IN THE COUNTY COURT OF THE 4TH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

NATIONAL MANAGEMENT RECOVERY CORP     CASE NO.    16-2009-SC-6886
As successor in interest to COMPASS BANK,
         Plaintiff                                  JUDGE:
vs.

KEVIN G RUTTLE
       Defendant
_____/

## PLAINTIFFS REQUEST FOR ADMISSIONS IN AID OF EXECUTION OF JUDGMENT

COMES NOW, the Plaintiff, NATIONAL MANAGEMENT RECOVERY CORP, by and through its undersigned attorney, pursuant to Fla.R.Civ.P.1.370 and hereby requests the Defendant, KEVIN G RUTTLE admit or deny, under oath, the following statements, within thirty (30) days of receipt thereof:

1. I own a home: _____ (Y/N)
2. I own other property: _____ (Y/N)
    ADDRESS _____
3. I own one or more vehicle: _____ (Y/N)
4. I have a checking account: _____ (Y/N)
5. I have a savings account: _____ (Y/N)
6. I own a business: _____ (Y/N)
    NAME: _____
    ADDRESS: _____

I HEREBY CERTIFY that that a true and correct copy of the foregoing Request for Admissions has been furnished via U.S. Mail to KEVIN G RUTTLE, 8302 Derbyshire, Jacksonville, FL 32244 on November 12, 2009

                                              _____
                                              Adam J. Katz, Esq.
                                              Attorney for Plaintiff
                                              5571 University Drive, Ste 204
                                              Coral Springs, FL 33067
                                              (954) 761-8080
                                              FBN: 983217

Before me, the undersigned authority, personally appeared KEVIN G RUTTLE on this _____ day of _____, who upon being duly sworn certifies that the information furnished in the affidavit is true and correct.
                                              STATE OF FLORIDA

_____                    _____
**KEVIN G RUTTLE**
                                                       Notary Public State of Florida

Produced _____ as identification, or is personally known to me

My commission expires _____

**EXHIBIT C**

IN THE COUNTY COURT OF THE 4TH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

NATIONAL MANAGEMENT RECOVERY CORP     CASE NO.    16-2009-SC-6886
As successor in interest to COMPASS BANK,
         Plaintiff                                  JUDGE:

vs.

KEVIN G RUTTLE
         Defendant
_____/

**NOTICE OF FILING PLAINTIFFS FIRST REQUEST FOR PRODUCTION IN AID OF EXECUTION OF JUDGMENT**

Plaintiff, NATIONAL MANAGEMENT RECOVERY CORP, by and through its undersigned attorney, by and through its undersigned attorney, files this Notice of Filing Plaintiffs First Request for Production.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the original of this motion has been filed with the Clerk of the DUVAL County Court, County Civil Division, Jacksonville, Florida and a true copy of the foregoing has been furnished by U.S. mail to KEVIN G RUTTLE, 8302 Derbyshire, Jacksonville, FL 32244 on November 12, 2009

                                         Adam Jeffrey Katz, P.A.
                                         Attorney for Plaintiff
                                         5571 University Dr., Ste 204
                                         Coral Springs, Florida 33067

By: _____
                                         Adam J. Katz, Esquire
                                         Florida Bar 983217

**EXHIBIT C**

IN THE COUNTY COURT OF THE 4TH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

NATIONAL MANAGEMENT RECOVERY CORP    CASE NO.    16-2009-SC-6886
As successor in interest to COMPASS BANK,
    Plaintiff    JUDGE:

vs.

KEVIN G RUTTLE
    Defendant
_____/

FILED
NOV 16 2009
CLERK CIRCUIT COURT

### REQUEST FOR PRODUCTION OF DOCUMENTS IN AID OF EXECUTION

COMES NOW, the Plaintiff, NATIONAL MANAGEMENT RECOVERY CORP, and requests the Defendant, KEVIN G RUTTLE, pursuant to Rule 1.350 of the Florida Civil Rules, to produce the following documents at the office of Adam J. Katz, P.A., 5571 University Drive, Suite 204, Coral Springs, Florida, 33067.

1. Full, complete, and true copies of the income tax returns made by you to the United States Government for the years 2001 through date of production, together with all schedules, accounts, and other information submitted (or about to be submitted) to the United States Government, or as part of said income tax returns.

2. Full, complete, and true copies of all Florida Intangible Tax Returns filed by you, and work sheets in connection therewith.

3. All checks, checkbook stubs, bank books, and statements of any bank or banks or savings and loan associations, and all books, records, and other papers that are in the possession or control of you, or any of your employees, agents or attorneys, which in any way show the financial condition and/or financial affairs and/or deposits and withdrawals made by you for the aforesaid years to the date of production.

4. Any and all books and records of yours with respect to your assets, including security investments, stocks, bonds, mutual funds or any other form of investments for the aforesaid years to date of production.

5. Any and all records in your possession indicating your assets including security investments, stocks, bonds, mutual funds, or any other form of investment for the aforesaid years to the date of production.

6. Any and all trust agreements, wills and codicils made by you and any and all records, deeds, notes, mortgages, and papers in your possession.

7. Any and all trust instruments for any trusts in which you are a trustee or beneficiary or were a trustee or beneficiary.

8. Any and all bankbooks or passbooks or deposit slips in or through which your name appears either individually or with another or others.

9. Any and all insurance policies insuring your life, and disability policies presently in force, whether owned by you or any corporation in which you are an officer, director, stockholder, or employee.

**EXHIBIT C**

10. All receipts, vouchers, payments and cancelled checks made by you in connection with any investment in stock funds, mutual funds, government bonds, municipal bonds or any stocks, bonds, and trust certificates.

11. Any and all statements from any brokerage house for any and all accounts you have had.

12. Any and all financial statements prepared by you or on your behalf for the past three (3) years.

13. Any and all paychecks, pay stubs, or other documents which in any way reflect any enumeration from any employer by whom you are not employed or by whom you have been employed for the past three (3) years.

14. Any and all original deeds or other instruments creating your interest in any real estate in which you own any interest whatsoever.

15. Any power of attorney which has been given to you to act for any reason.

16. Any and all appraisal reports which you have received for any realty in which you have held an interest.

17. Any and all statements relating to any pension or retirement plan in which you have an interest, showing the extent of your interest as of the latest statements received, and disbursements of any such account.

18. Any and all statements of accounts and individual charge slip records for any and all charge accounts which you have had.

19. Any and all correspondence, promissory notes, contracts, or other writings, or copies thereof, which show or document any monies owed you by any other person regardless of whether said monies are still due and owing.

20. Any and all correspondence, promissory notes, contracts, or other writings, or copies thereof, which show or document any monies you presently owe to any person or money you owed to any person regardless of whether said monies are still due and owing.

21. Copies of all judgments which you presently hold against any other person or entity, or which you held against any other person, regardless of whether said judgments have been satisfied.

22. Copies of all judgments which you have been or are now held by any other person or entity against you, regardless of whether they have been satisfied.

23. Any and all promissory notes and account statements for any loan which you jointly or individually have received from any bank, trust companies, savings and loan institution, credit union, or other organization.

24. The keys and any and all rental statements for any safety deposit boxes which you have or had.

25. Any and all written inventories or lists of your personal property which have been prepared.

26. The originals or copies of all real estate tax bills and paid tax receipts for any and all real property which you presently own or have any interest in, either individually or jointly with some other person.

**EXHIBIT C**

27. Any and all mortgage instruments wherein you are, or were, either mortgagor or mortgagee.

28. Any and all real property tax bills, homestead exemption receipts, title insurance policies, bills of sale, mortgages, promissory notes, deposit receipt contracts, and all closing statements in regard to the sale or purchase of any real or personal property which you bought or sold.

29. Any and all applications for credit or loans from any bank, credit union, or lending institutions, or issuer of credit cards.

30. Any and all titles, license tag registrations, and certificates for all automobiles, boats, airplanes or other vehicles in your ownership, control, or possession, and any and all lease agreements in connection with said vehicles.

31. Any and all employment agreements made by you in connection with your present employment.

32. Any and all net worth statements filed by you with financial institutions or prepared in connection with any business or other entity with which you have been associated.

33. Any and all leases or other rental or purchase agreements you have entered into in connection with any residence or office.

PLEASE TAKE NOTE that, if any of the above-mentioned books, records or papers have been lost or destroyed, there be furnished to the undersigned, on or before the date specified, a written general description thereof, sufficient to identify them with a statement of whether they have been lost or destroyed, and the approximate date of such loss or destruction, as the case may be.

PLEASE TAKE NOTICE that, if any of such books, records, papers or things are in the possession or control of any other person, that you are required to deliver to the undersigned within the specified period, a written general description thereof, sufficient to identify them, together with the names and addresses of the persons who have custody of them.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that that a true and correct copy of the foregoing Request for Admissions has been furnished via U.S. Mail to KEVIN G RUTTLE, 8302 Derbyshire, Jacksonville, FL 32244 on November 12, 2009

>Adam J. Katz, Esq.
>Adam Jeffrey Katz, P.A.
>Attorney for Plaintiff
>5571 University Dr., Ste 204
>Coral Springs, Florida 33067
>
>By: _____
>Adam J. Katz, Esquire
>Florida Bar 953217

**EXHIBIT C**