UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

KEVIN RUTTLE
      Plaintiff,

CASE NO: 3:09-CV-960-J-34JRK



vs.

ADAM J KATZ, P.A
      Defendants
_____/

### ADAM J KATZ, P.A'S RESPONSE TO THE COURTS ORDER TO SHOW CAUSE

This order to show cause having been entered by the court on February 1, 2010, the defendant submits the following to show cause as to why sanctions should not be imposed and states the following:

1. The undersigned presently hold a Judgment against the Plaintiff Ruttle on the underlying debt.( NMRC v. Kevin Ruttel; Case No: 09-SC-6886)

2. The parties are close to reaching a global settlement as it relates to all matters.

3. The undersigned has refrained from incurring attorney's fees and/or referring this matter to his carrier based on the prospect of pending global settlement.

4. Unsigned counsel respectfully requests a brief stay or extension of time to comply with this Order.

Based on the foregoing good cause, it is respectfully requested that the Court enter an Order:

    A. Staying the proceedings for a reasonable period of time.
    B. Refrain from imposing Sanctions within the jurisdiction of this Court.
    C. Grant any further relief deemed just and proper under the circumstances.

                                                  Adam J. Katz, Esq.
                                                  ADAM J. KATZ, P.A
                                                  5571 North University Drive
                                                  Suite #204
                                                  Coral Springs, Florida 33067
                                                  (954) 761-8080
                                                  FBN: 983217

Copy to: THE HONORABLE JAMES R. KLINDT
               United States Magistrate Judge